# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 448 WAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DEVELL SHORT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2016, the Application for Relief in the Nature of Motion to Correct/Amend Allocatur Petition is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.

    Madame Justice Donohue and Mr. Justice Wecht did not participate in the consideration or decision of this matter.